# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **EDWARD J. KOELLER**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>**VULCAN CYBER LTD.**<br><br>　　　　Defendant. | Case No. 4:23-cv-00101-SRW |

## NOTICE OF DISMISSAL WITH PREJUDICE

　　　　The Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


Dated: March 8, 23　　　　　　　　PLAINTIFF,

　　　　　　　　　　　　　　　　　*/s/ Anthony Paronich*
　　　　　　　　　　　　　　　　　Anthony Paronich
　　　　　　　　　　　　　　　　　Email:  anthony@paronichlaw.com
　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　Telephone:  (617) 485-0018
　　　　　　　　　　　　　　　　　Facsimile:  (508) 318-8100

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on October 26, 2022.

*/s/ Anthony Paronich*
Anthony Paronich
